principal and the remainder upon attaining their twenty-fifth birthday.

The so-called " divide and pay over " rule is not applicable herein as the remainder is not payable to a class to be determined on a future event but has definitely been determined by the testator's will as if named therein, survivorship of testator being the only condition.

The court, therefore, holds that each of the children has an absolute remainder under subdivision " b " of paragraph " Third " of the will with time of payment suspended. (*Matter of Staats,* 272 App. Div. 139, affd. 297 N. Y. 648; *Matter of Banker,* 60 N. Y. S. 2d 699.)

The interest of the son, Joseph, will therefore be made payable to the representative of his estate.

Proceed accordingly.

BROADWAY-SHERIDAN ARMS, INC., Landlord, Appellant, *v.* SCHUYLER PHILLIPS et al., Tenants, Respondents, and " JOHN DOE " et al., Undertenants, Respondents.

BROADWAY-SHERIDAN ARMS, INC., Landlord, Appellant, *v.* SOPHIE BARRETT, Tenant, Respondent, and " JOHN DOE " et al., Undertenants, Respondents.

BROADWAY-SHERIDAN ARMS, INC., Landlord, Appellant, *v.* AGNES NULTY, Tenant, Respondent, and " JOHN DOE " et al., Undertenants, Respondents.

Supreme Court, Appellate Term, First Department, January 6, 1949.

*Aaron Frank* and *Alfred J. Conforti* for appellant.

*Harold S. Budner* for respondents.

Final orders affirmed, with $25 costs as of one appeal.

Concur: HAMMER, PECORA and EDER, JJ.

BROADWAY-SHERIDAN ARMS, INC., Landlord, *v.* SCHUYLER PHILLIPS et al., Tenants, and " JOHN DOE " et al., Undertenants.

BROADWAY-SHERIDAN ARMS, INC., Landlord, *v.* SOPHIE BARRETT, Tenant, and " JOHN DOE " et al., Undertenants.

BROADWAY-SHERIDAN ARMS, INC., Landlord, *v.* AGNES NULTY, Tenant, and " JOHN DOE " et al., Undertenants.

Municipal Court of the City of New York, Borough of Manhattan, September 3, 1948.